CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 5 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No.: 7:08-CR-00031-3 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RICHARD TYRONE MCMILLAN. | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| | ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that that McMillan's Rule 59(e) motion for reconsideration (Dkt. No. 248) be **DENIED**.

The Clerk is directed to send copies of this order and the accompanying Memorandum Opinion to the Defendant and counsel of record for the Government.

ENTER: This 2nd day of December, 2011.

Senior United States District Judge